FILED
CLERK, U.S. DISTRICT COURT

JAN 31 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Dana Hoover<br>Defendant. | Case No.: SA19-044M<br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Dist. of South Dakota_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _instant allegations of failing to report new residency_

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | and/or |
| 4 | B.    ( ) The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 7 | finding is based on _____ |

     IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/31/19

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE